# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2020

*The Court of Appeals hereby passes the following order:*

## A21D0079. WIHLY HARPO-BROWN v. PUBLIC STORAGE et al.

Wihly Harpo-Brown filed two civil actions in the trial court against Public Storage and several other defendants, Case Nos. 2019CV320804 and 2019CV325973. Marvette Collier and Davioun Collier filed a separate civil action in the trial court, Case No. 2019CV324788, apparently setting forth some of the same facts Harpo-Brown raised in one of his actions. In September 2020, the trial court entered a final order that, among other things, dismissed all three actions. Harpo-Brown filed this application for discretionary appeal, seeking to appeal from that order.

OCGA § 5-6-34 (a) (1) authorizes direct appeals from "final judgments, that is to say, where the case is no longer pending in the court below[.]" This Court will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this discretionary application is hereby GRANTED with respect to trial court Case Nos. 2019CV320804 and 2019CV325973. Harpo-Brown shall have ten days from the date of this order to file notices of appeal in the trial court in Case Nos. 2019CV320804 and 2019CV325973. If Harpo-Brown has already filed notices of appeal in these cases from the order at issue here, he need not file a second notice in each case. The clerk of the trial court is DIRECTED to include a copy of this order in the records of each case transmitted to the Court of Appeals.

However, Harpo-Brown was not a party to trial court Case No. 2019CV324788. "It is well settled that only a party to the case can appeal from a judgment, or one who has sought to become a party as by way of intervention and has

been denied the right to do so." *Ford v. Reddick*, 319 Ga. App. 482, 482-483 (1) (735 SE2d 809) (2012) (citations omitted). Accordingly, Harpo-Brown does not have standing to appeal the dismissal of Case No. 2019CV324788, and this application is hereby DISMISSED as to that case. See OCGA § 5-6-33 (a) (1); *Thaxton v. Norfolk Southern Corp.*, 287 Ga. App. 347, 349 (1) (652 SE2d 161) (2007) (only party to the case below has standing to appeal).



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,* __10/21/2020_____
            *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*